20

## Tony Fordyce

| | |
|---|---|
| From: | "Tony Fordyce" <t_fordyce@imk.co.jp> |
| To: | "mfsc" <mfsc@alas.gr> |
| Sent: | Thursday, 25 July 2002 5:20 PM |
| Attach: | 2001opex.xls; Inspection schedules.xls |
| Subject: | General |

Babis/Tony

Thanks for your messages, which have discussed with Saburo. We can reply as follows:

**1. Economou situation**
This came as quite a surprise to Keymax. However, they are prepared to carry on with our various discussions on the understanding that you will be able to assist them if there are any problems with Economou. In any case, they will not talk to him directly, since they do not have any official relationship with Cardiff. I have told them that I will do my best, with your help if necessary, to maintain the current situation.

**2. Pegasus commission on the 3 Ocean Trade vessels**
One point they have made, however, is that since you are now no longer involved in ownership of these vessels, there is no reason to pay part of their management fee to Pegasus, so they are proposing that this be terminated. They have pointed out that you will be involved in the management of maybe 8 or 9 other vessels with both management and charter commissions, and feel that this will be very ample compensation. They are also slightly concerned that if Economou were to find out about these payments the situation could be extremely awkward.

**3. Sharrow Bay**
I have asked the Sellers if they could agree to an MOA price of US$5.75 mill, with the excess repaid at the time of closing (I presume that you will pay the full amount - or will you only pay the actual purchase price??), and am waiting their reply. After a bit of background checking, it seems that since the vessel is singledeck in one hold and tween in the other (although without tween deck hatch covers), her loading options are a bit limited. Anyway, I am checking if the current period charterers would be interested to extend the charter, in which case it would be easier for Keymax to take the vessel on charter on a back-to-back basis. If so, and assuming the rate is reasonable, then I think that Keymax could do US$3,300 daily for 3 years with 50/50 profit-sharing. If not, then they will have to look around for alternative employment. If Sharrow Bay doesn't work out, we should be able to find alternative tonnage.

**4. Aldebaran**
Await your news of developments with SSY. Meantime I have asked Keymax for opex.

**5. Schedules for inspection**
Please see attached.

**6. Opex budgets and actual expenses**

9 0

Please see summary of costs for 2001 for

7. Chip carrier
This has gone a bit quiet from the Owners' side. Will let you know as soon
as there is any further news. Meantime we are actively looking for other
vessels as additions or replacements.

8. Collateral accounts
We are in full agreement and are working on this.

9. Ocean Ellie financing
We are also pushing this and will let you know as soon as there are any
figures.

Regards

**9 1**

05/24/2004

Fw: General

Subject: Fw: General
Date: Fri, 26 Jul 2002 10:36:10 +0900
From: "Tony Fordyce" <t_fordyce@imk.co.jp>
  To: "Saburo Iwai" <s_iwai@imk.co.jp>

>From Babis (my message to him yesterday is below):


Sent: Thursday, July 25, 2002 6:50 PM
Subject: RE: General


> Tony/Babis
>
> Thanks for your mail, to which I can reply as follows:
>
> 1. As Keymax correctly points out it has no direct relationship with
Cardiff
> and it is important for them to maintain this to collect their
outstandings. The reason
> for this advantageous setup is my good work and foresight to keep the
agreement
> signed with Ocean Trade out of the hands of Cardiff. Thus there will be no
> problems in maintaining the current situation.
>
> 2. Since the agreements signed between Pegasus and Keymax are ongoing
> in nature and the benefits incurred by Keymax as explained in 1 above are
> substantial (because I hold the Keymax–Ocean Trade agreement in my hands
> only) it is fair, legal and beneficial for Keymax to maintain the current
> situation. I don't have other source of income until the other deals close
and
> beyond the imminent closing it is an important principal that if I put a
deal
> together, I continue receiving fees irrespectively of ownership. IF in the
> future I sell some of the new vessels to new investors and Keymax
continues
> receiving fees why I shouldn't receive fees? Anyway for the next 2 months
I
> can Tony $2,000 from these fees to make up for his lack of income from IPL
.If
> Pegasus fees are reduced I can't do that. There should be no risk of
Economou
> finding out since there was the same risk before and there is higher risk
if he finds
> out about the Keymax–OT agreement. In conclusion I am not willing to
change
> the current fees structure.
>
> Of course if Keymax's situation becomes worse after Economou's
involvement, I
> will agree to reduce or eliminate my commission in order to compensate
them.

> 3. Sharrow Bay.
> I guess first you/Keymax should find out about the current charterers, as
you suggest,
> to see if Keymax will be interested in a 3 years charter.
> We will pay in cash the MOA price at the closing but have a mechanism in
place
> to securely get the address commission back immediately.Since I can get
> $5.75m valuation I would like same MOA price or, maybe, $5.5m minimum.
>
> 4. Aldebaran
> I am awaiting SSY news and your opex. Can you please advise?
>
> 5–9 Noted and awaiting your news, .
>
> ———Original Message———
> From: Tony Fordyce [mailto:t_fordyce@imk.co.jp]
> Sent: Thursday, July 25, 2002 11:20 AM
> To: mfsc
> Subject: General
>

9 2

1 / 3

02/07/26 10:40

Fw: General

> 
> Babis/Tony
> 
> Thanks for your messages, which have discussed with Saburo. We can reply
as
> follows:
> 
> 1. Economou situation
> This came as quite a surprise to Keymax. However, they are prepared to
carry
> on with our various discussions on the understanding that you will be able
> to assist them if there are any problems with Economou. In any case, they
> will not talk to him directly, since they do not have any official
> relationship with Cardiff. I have told them that I will do my best, with
> your help if necessary, to maintain the current situation.
> 
> 2. Pegasus commission on the 3 Ocean Trade vessels
> One point they have made, however, is that since you are now no longer
> involved in ownership of these vessels, there is no real reason to pay
part of
> their management fee to Pegasus, so they are proposing that this be
> terminated. They have pointed out that you will be involved in the
> management of maybe 8 or 9 other vessels with both management and charter
> commissions, and feel that this will be very ample compensation. They are
> also slightly concerned that if Economou were to find out about these
> payments the situation could be extremely awkward.
> 
> 3. Sharrow Bay
> I have asked the Sellers if they could agree to an MOA price of US$5.75
> mill, with the excess repaid at the time of closing (I presume that you
will
> pay the full amount – or will you only pay the actual purchase price??),
and
> am waiting their reply. After a bit of background checking, it seems that
> since the vessel is singledeck in one hold and tween in the other
(although
> without tween deck hatch covers), her loading options are a bit limited.
> Anyway, I am checking if the current period charterers would be interested
> to extend the charter, in which case it would be easier for Keymax to take
> the vessel on charter on a back–to–back basis. If so, and assuming the
rate
> is reasonable, then I think that Keymax could do US$3,300 daily for 3
years
> with 50/50 profit–sharing. If not, then they will have to look around for
> alternative employment. If Sharrow Bay doesn't work out, we should be able
> to find alternative tonnage.
> 
> 4. Aldebaran
> Await your news of developments with SSY. Meantime I have asked Keymax for
> opex.
> 
> 5. Schedules for inspection
> Please see attached.
> 
> 6. Opex budgets and actual expenses
> Please see summary of costs for 2001 for all vessels except O.Daisy (which
is
> managed in HK). This should give you a good idea of budget against actual
expenses.

> 7. Chip carrier
> This has gone a bit quiet from the Owners' side. Will let you know as soon
> as there is any further news. Meantime we are actively looking for other
> vessels as additions or replacements.
> 
> 8. Collateral accounts
> We are in full agreement and are working on this.
> 
> 9. Ocean Ellie financing
> We are also pushing this and will let you know as soon as there are any
> figures.
> 
> Regards
> 

9 3

02/07/26 10:4

## Tony Fordyce

| | |
|---|---|
| **From:** | "Tony Fordyce" <t_fordyce@imk.co.jp> |
| **To:** | "Babis Zlogas (mfsexchange)" <babis@mfsexchange.com> |
| **Sent:** | Tuesday, December 11, 2001 5:37 PM |
| **Attach:** | OT Keymax Master Agreement.doc; OT IPL Master Agreement.doc |
| **Subject:** | Keymax/IPL agreements |

Babis/Tony

Thanks your comments, which I am discussing here. Unfortunately Kayahara-san has been in meetings with NYK all day today, so I couldn't see him. Will try to give you some fuller comments tomorrow. Meantime, I have divided the agreements into separate agreements between OT and Keymax and OT and IPL. I have not yet discussed these with the parties here, but would appreciate your comments anyway.

There are still some things to be sorted out, such as the way of paying for the docking costs, the exact figures for Outstanding Debts, the 4th vessel for the purchase option, and the management costs - Saburo will be in the office tomorrow afternoon, so I should be able to get the figures for you then. I have also noted that your calculation assumes 24 months remaining for the Kowhai charter, when this is only 17 or 18.

It seems almost certain that we will not be able to have the agreements starting this month, since both IPL and Keymax feel that it will take a bit more time to get everything sorted out (although we might be able to reach agreementd in principle?).

One thing we have not discussed so far is commission on the charters.

SSY will presumably want some commission on the charters, and so will I. At present I receive 1.25 % on the BB hire and SSY receive 0.5% on Kowhai and 1.25% on the other 2 vessels. If we make this up to 1.5% total on the time-charter hires for "Ocean Reyna" and "Ocean Leo" and 1% on the "Kowhai", it will give roughly the equivalent income (bearing in mind that the t/c hire for "Kowhai" will almost certainly fall next year.

Of course, if you can negotiate with SSY to reduce or eliminate their commission, the figures can be amended.

Regards

**9 4**

## Tony Fordyce

| | |
|---|---|
| From: | "MFSC" <mfsc@alas.gr> |
| To: | <t_fordyce@lmk.co.jp> |
| Sent: | Thursday, 11 July 2002 5:44 AM |
| Subject: | July payments revision/Ocean trade update |

Tony/Babis

I had a long meeting with Ioannidis today. Here are the highlights:

1. I donot think that they want any rate reductions from the current rates of the Reyna and the Leo. The advantages of the direct charter are not there vs the reduced rates. I guess this is good for you and me since by continuing having control on the income we collect our commissions and Keymax its outstandings. For you especially since you will continue receiving the $3,800 monthly commission.
2. They accepted the commission structure including the MFSC comm of 0.5% from June (see adjustment below) and your commission.
3. They accepted the agreed Keymax payments and repayment schedule
4. If Economou requests for a written agreement reflecting the above I promised I will work to produce one within 30 days.
5. From my side I remain shareholder of 50% so I can veto any unreasonable actions of Economou and as a broker as well . If you guys are happy with these arrangements I personally prefer to use my investors money for new business (new business for you all as well) which are generally better than refinancing Economou and Allfirst. Of course if Economou is realistic seller with the Allfirst finance I can do this deal as well but for now he says that he is not selling for the offered price.
6. An area that we can reduce opex is reducing the insured values. Can you check to find out savings if Kowhai is insured for $6m, Reyna for $4m and Leo for $6m?
7. Ioannidis is pressing for prompt payments on the due days. We can be prepared in advance next month

-----Original Message-----
From: MFSC [mailto:mfsc@alas.gr]
Sent: Monday, July 08, 2002 11:24 PM
To: 't_fordyce@lmk.co.jp'
Subject: July payments

Tony/Babis

Re July payments approximate funds reconciliation is as follows:

| Vessel | T/C hire | Shipmanagement fund | Net |
|---|---|---|---|
| Kowhai | $147,000 | 88,000 | 59,000 |
| Reyna | 132,000 | 61,000 | 71,000 |
| Leo | 182,000 | 65,000 | ·117,000 |
| | | | $247,000 |

| | |
|---|---|
| Reduction of Keymax running balance | (18,000) |
| Keymax monthly outstandin debt reduction | (28,000) |
| IPL July payment | (20,000) |
| Comm to IPL 3% | (13,830) |
| Comm to Alpha/Mitsui  1 ¼% | (5,760) |
| Comm 1 ¼% bb  Forward | (3,800) |
| Comm 0.5% for Kowhai,Leo,Reyna | |
| June/July MFSC | (4,610) |

07/11/2002

($94,000)

To be transferred to Ocean Trade as follows the total amount of $153,000 :
Reyna $52,500  Kowhal $47,500 Leo $53,000

Pegasus should receive $10,000 from the IPL payment, $4,500 from Keymax management fee , $2,305 from the 3% comm of IPL and  the June/July comm of 0.5% for $4,610 for a total of $21,415

Let me know if this is ok

Best regards

9 6

07/11/2002

## Tony Fordyce

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@lmk.co.jp> |
| **Sent:** | Saturday, 20 April 2002 11:26 PM |
| **Subject:** | Various |

Tony/Babis

Unfortunately, maybe because we are dealing with many things,we are only
making slow progress I am afraid maybe because of lack of focus not by your side
and my side but mainly from IPL.

So please let's number the outstanding things to do and keep the same numbering
system until we finish them.

1. Signed documents (Keymax/Ocean Trade)
I have still not received in my Piraeus office the signed documents. Can you send
me air-bill number or it was send regular mail?

2.Class records, survey reports of 3 OT vessels.
When will they be sent?

3. Keymax Agreement
Can we amend this so as to stretch repayment of the outstandings from July 1st for 60
equal payments or until sale/termination of management agreement? You previously
advised that Keymax could consider this, so please confirm.

4. All vessels
We are dealing with the 3 OT vessels, the 6 option vessels plus 2 more S. Odyssey
sisters (please advise the names) and the 4 (maybe only 2?) additional Keymax
vessels. Ideally, we can take delivery of all these vessels with us being responsible
for arranging bank finance or with us becoming bareboat-Charterers and having
purchase options for the outstanding debt and a purchase obligation at the
end.

Please help me to develop a 15 vessels' operational/technical term sheets and a
full data base for all these vessels which will include: opex, DD/SS positions,
class records, recent surveys with pictures, main details of the time charters
and copies of charter parties and loan agreements with translations. I know it is
a lot and I want it in digital form. However, if we finish it once then we do not
have to do it again.

5. Schedule
Decide on which vessels we can do over the next 4 months (May-August) and which
ones over the last 4 months of the year.

Decide which ones we can do with BBHP and which ones we need to purchase
with our own bank finance. You have to tell me this because the existing Japanese
financing is generally better than the alternative western financing and we can pay
better cash to Keymax when we use Japanese finance than if we take on our own bank
debt. As I understand it now, we will buy for cash O. Sampaguita, S. Odyssey and her
sisters, and O. Daisy.

You mention it may be possible to do BBHP on these vessels as well. Please explain.
Of course we would be interested in BBHP but still we will have operations with
Keymax and we will need time-charter. Then we should go on a vessel-by-vessel
basis and write the basic terms of the deal, to see if we agree, taking into consideration

9 7



the option agreements and the discussions with Saburo. You can start preparing 12 deal term
sheets even on a rough form and I can complete them.

6. Period charters
We wish to have time-charter on all vessels at least for 3 years. You know
better the Charterers and we can develop again 15 time-charter term sheets
to summarise the terms of the current time-charters. Either we buy with our
bank finance or existing banks debt wrapped to BBHP; we have the same debt
obligation and Keymax wishes to see that there is a steady income to pay
their opex. We need to go for best time-charter coverage. We have done some
discussions for Sampaguita, S. Odyssey and sisters, Harmony/Phoenix, and
Mermaid Dream. Please summarize everything discussed or tentatively possible
on these 12 term sheets.

7.Kowhai
2 years time charter. Awaiting Charterers' best.

8. Ocean Reyna, Ocean Leo
I understand that IPL will do their best to get our proposed terms but that there
is no guarantee. In some points they may get it and some others they may not.
It is important to try hard this week before Economou comes to Tokyo on May 7-10
and we can then show him that the deal has been done. Otherwise we will never
finish. For me it is more important to get cleans deal with long duration charters
than to worry about a few extra dollars in the first year. Please notice that we have
firm deals with min/max rates for many years and we need to live with these
Charterers for many years, so I need to review all terms of final agreement
before our final approval. Of course IPL can fix something close to what we asked.
TIME IS OF THE ESSENCE; we must move very quickly now.

9.Commissions
If you are happy with what Iwai is offering you we can proceed.

a) I agree to 2.5% commission on 5 vessels with a time charter income not
exceeding $630/day. Since it is impossible to have higher commission than
that without making it too obvious, and MFSC needs 0.5%, the only solution I can
see is that we must apply 2.5% commission over 7 vessels (adding O. Sampaguita
and S. Odyssey) and paying out of such commission 0.5% to MFSC i.e. IPL makes 2%
on income of $31,500- which is $630/day .These are all ex-IPL vessels so it makes
sense to add commission.

b) As discussed when I was in Tokyo, MFSC has many expenses and until the deals
finalise, will have no income. We pay for banks and lawyers' fees to process
financing, travel expenses and we have heavy focus on these deals. We are
looking forward to be funded by the $30,000 for April and May which would
have been our compensation for helping IPL. IPL receives $4,500/month in
your commission and if the ECL/Kowhai deals are made in May even if their
commencement date maybe July-September we can start the 2.5% net commission
immediately. IPL needs to have an incentive to complete these negotiations.
IPL was generously supported so far.

I therefore suggest, in the spirit of the good working relationship we have, that        9 8
MFSC will receive $20,000 monthly and IPL $10,000 of each of these 2 x $30,000

payments. Please bear in mind that Economou wants to pay absolutely nothing for these 2 payments (he has a copy of the IPL and Keymax settlement agreements, but he has not seen the Options agreement). Most likely he will end up charging my account for any of these payments and I still have open accounts with him, so he can simply collect from my account.

10. Japanese-German Management JVC . I will keep you posted.

Tony, it is a lot of work but if we organize it properly we can finish it quite quickly.

Best regards
Babis

04/21/2002

## Tony Fordyce

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@imk.co.jp> |
| **Sent:** | Tuesday, April 23, 2002 9:50 AM |
| **Subject:** | IPL commissions |

Tony/Babis

I will address only this thorny issue that dragged back subtantially our progress
and reminds the pre-Keymax period.

Facts: 1.There is no obligation or agreement by us to make any payments to IPL or Forward anymore.

   2. IPL agreed to cause NISSUI , ECL and Daiichi to write direct charters with registered owners as per
      summarry prepared by TF on April 5th and was given authority to conclude them with some
      small changes by myself on April 10th.

   3. IPL asked inexchange of them producing such charters as brokers to receive a 2.5% commission on such
      new charters of Kowhai,Leo,Reyna,Ellie and Daisy and $60,000 in cash out of which IPL will cover TF
      compensation in a manner satisfactory to TF.

Our final response: Despite the fact that we find such request unreasonable and excessive based on market practices
      in the spirit of finishing FOR A FINAL TIME any financial dealings on old business we agree to IPL's
      request but structured as follows:

   Provided that the Nissui and ECL charters are agreed and signed somewhere between the April 5th and April 10th memos.

   1.In May and June IPL will receive from the cash flow of the 3 OT vessels $30,000 each month and will pay to
      Pegasus Shipholdings $15,000 each month netting it $15,000 per month in total. No payments anymore to Forward.
   2.In July and August IPL will receive $20,000 each month and will pay to Pegasus $5,000 each month.
   3.From July the Kowhai commission will start being paid as 3% commission with 0.5% paid to Pegasus.
   4.From September the Reyna and Leo commissions will start being paid similarly 2.5% and 0.5% respectively.
   5.As soon as the financing of the Daisy and Ellie are agreed either as BBHP or full refinance with Western banks
      the agreement with daiichi will be reached and similar commission of 2.5 + 0.5% will start being paid from date
      of new charter.

   6.All other vessels in the options agreement will have no commission to IPL.

**1 0 0**

   7. Starting July Keymax will accept repayment of its outstandings

with equal payments over 60 months but becoming due upon termination of any vessel management agreement on a prorata basis.

I trust the above is satisfactory since we gave to IPL all it asked for ,and IPL can now proceed immediately with the ECL and Nissui discussions.Hopefully all will be finalised before Golden Week.

101



**Tony Fordyce**

| | |
|---|---|
| **From:** | "MFSC" <mfsc@alas.gr> |
| **To:** | "'Tony Fordyce'" <t_fordyce@lmk.co.jp> |
| **Sent:** | Tuesday, April 30, 2002 5:16 PM |
| **Subject:** | RE: Commissions |

Tony/Babis

I can agree to the following schedule in order to accommodate IPL.
Please notice that any payment is subject to signing the ECL and TRC
charters and the Keymax payments stretching agreement. Any news from
ECL/TRC?

May $30,000 all to IPL
June $30,000 IPL $10,000 ████████████
July $20,000 IPL $10,000 ████████████
August $15,000 IPL $10,000 ████████████

I trust the above concludes the commissions' issue.

Best

Babis

-----Original Message-----
From: Tony Fordyce [mailto:t_fordyce@imk.co.jp]
Sent: Tuesday, April 30, 2002 7:45 AM
To: Babis Ziogas; mfs2000@mail.com
Subject: Re: Commissions

Babis/Tony

IPL have tried to stretch their cash-flow situation as far as possible,
but
they will definitely need US$30,000 in May. For the subsequent months,
they
can live with US$10,000 each month (June/July/August).

I am still waiting for Keymax's confirmation that they can agree with
stretching the payments over 60 months (Kayahara-san is on holiday until
Thursday). In view of the IPL situation, do you want to amend your
proposal
so that the payments start in June?

Otherwise, I have couriered you today a package with reports, photos,
survey
statuses etc for Kowhai, Ocean Leo and Ocean Reyna.

Regards

10?

7/3/2007

Pegasus $20,000

Pegasus $10,000

Pegasus $5,000

8516678

# Tony Fordyce

**From:** "MFSC" <mfsc@aias.gr>
**To:** <t_fordyce@imk.co.jp>
**Sent:** Thursday, July 11, 2002 5:44 AM
**Subject:** July payments revision/Ocean trade update

Tony/Babis

~~[redacted]~~

1. I donot think that they want any rate reductions from the current rates of the Reyna and the Leo. The advantages of the direct charter are not there vs the reduced rates. I guess this is good for you and me since by continuing having control on the income we collect our commissions and Keymax its outstandings. For you especially since you will continue receiving the $3,800 monthly commission.
2. They accepted the commission structure including the MFSC comm of 0.5% from June (see adjustment below) and your commission.
3. They accepted the agreed Keymax payments and repayment schedule
4. If Economou requests for a written agreement reflecting the above I promised I will work to produce one within 30 days.
5. ~~[redacted]~~ If you guys are happy with these arrangements I personally prefer to use my investors money for new business (new business for you all as well) which are generally better than refinancing Economou and Allfirst. Of course if Economou is realistic seller with the Allfirst finance I can do this deal as well but for now he says that he is not selling for the offered price.
6. An area that we can reduce opex is reducing the insured values. Can you check to find out savings if Kowhai is insured for $6m, Reyna for $4m and Leo for $6m?
7. Ioannidis is pressing for prompt payments on the due days. We can be prepared in advance next month

-----Original Message-----
**From:** MFSC [mailto:mfsc@aias.gr]
**Sent:** Monday, July 08, 2002 11:24 PM
**To:** 't_fordyce@imk.co.jp'
**Subject:** July payments

Tony/Babis

Re July payments approximate funds reconciliation is as follows:

| Vessel | T/C hire | Shipmanagement fund | Net |
|--------|----------|---------------------|-----|
| Kowhai | $147,000 | 88,000 | 59,000 |
| Reyna | 132,000 | 61,000 | 71,000 |
| Leo | 182,000 | 65,000 | 117,000 |
| | | | $247,000 |

| | |
|---|---|
| Reduction of Keymax running balance | (18,000) |
| Keymax monthly outstandin debt reduction | (28,000) |
| IPL July payment | (20,000) |
| Comm to IPL 3% | (13,830) |
| Comm to Alpha/Mitsui 1 ¼% | (5,760) |
| Comm 1 ¼% bb Forward | (3,800) |
| Comm 0.5% for Kowhai,Leo,Reyna June/July MFSC | (4,610) |

104

($94,000)

To be transferred to Ocean Trade as follows the total amount of  $153,000 :
Reyna  $52,500   Kowhai. $47,500 Leo  $53,000

Pegasus should receive $10,000 from the IPL payment, $4,500 from Keymax management fee , $2,305 from the 3% comm of IPL and  the June/July comm of 0.5% for $4,610 for a total of $21,415

Let me know if this is ok

Best regards

**1 0 5**

7/3/2007

I had a long meeting with Ioanndis today. Here are the highlights.

From my side I remain shareholder of 50% so I can veto any unreasonable actions of Economou and as a broker as well.

**Tony Fordyce**

| | |
|---|---|
| **From:** | "mfsc" <mfsc@alas.gr> |
| **To:** | <t_fordyce@imk.co.jp> |
| **Sent:** | Saturday, 13 April 2002 7:02 AM |
| **Subject:** | Various outstandings |

Tony/Babis

Please explain the following matters to Iwai-san and Saburo and get their serious consideration since we need to move ahead quickly.

1.Charter-parties Commission

We need to resolve and have a fair and transparent solution to this issue that can otherwise become difficult.

I understand that we need to provide income for Iwai-san and Noguchi-san but similarly we need to do the same for you, Tony, and myself. I understand that Iwai-san has said that he will reach an agreement with you later, but it is extremely important to me that this is sorted out now, from the hire paid on our ships. I need to be sure that you will be paid adequately and will remain with the company. A very important part of the background is that you have been an essential part in putting all these agreements and structures into existence. Otherwise it would have cost Keymax a great deal of money and a lot of confusion to us We are now trying to do long term deals controlled by us but with different investors. Therefore we need to have a clean, reasonable commission structure. Now it is Keymax, not IPL, who have the obligation to us to collect hires. Also it is dangerous for IPL to collect commissions in their own name. At any time action by other creditors (Andhika Lines, Allfirst Bank or others) could cause IPL's bank accounts to be stopped or assets arrested. It is best to keep only a very limited amount of money in IPL's name.

I suggest therefore to set up a company called, for example, IMK Shipbrokers & Agents Ltd of Marshall Islands, to be the broker in the 3 Ocean Trade vessels and the 6 MFSC option vessels.

This company will be owned 40% by MFSC, 40% by Keymax/IPL and 20% by Forward. All commissions will be divided as they are received. We can agree to have a 2.5% time-charter income commission on all vessels. Having more than 2.5% commission is not normal and may cause questions to be asked by financers. Also it will cause a big burden on the cash flow of the vessels. The total income is expected to be 0.025 x 47,500 x 360 = $427,500, divided $171,000 to IPL (or IPL/Keymax?), $171,000 to MFSC and $85,500 to Forward.

This is more than enough for everyone and should be agreed promptly so that we can start closing these deals. Of course, Keymax/IPL can do other business that we are not part of using another company. But having a truly offshore company we can do many interesting deals in Greece and Cyprus.

2.Kowhai

Let's fix this charter next week for 46c for first year and 46-52c min/max for the second year. Of course the charter must be in the name of the registered owner.

3.Southern Odyssey

What is the best price you can get this ship for delivery in June/July? Can Keymax do $3,375 flat for 3 years with profits above this split 50/50% with this profit going to MFSC? Opex (including dd) $2,100 is fine, but is it guaranteed for 3 years?

**107**



4.Ocean Sampaguita
I will tell Bruce Maronpot to talk to you about chartering (including Vista) and you can ask him about his brokering channels and commission structure. I do not want to interfere with Keymax's chartering so it is better to be centralised. If we can do $3,375 flat for 2 years with 50/50% profit split above with our profit going to MFSC.

What are the opex for this vessel including drydockings - guaranteed and not guaranteed?

5.ECL/DAIICHI
Please do your best to expedite.

6.Now, we also have to talk to KEYMAX, to propose that, starting in July, we need to take the balance of the outstandings and spread it over 5 years which is the average period of the remaining charters. There is not enough cash flow with the charter reductions and the commissions to keep the original schedule.

7.Hamlet/Ophelia (Fairmont)
Let's try to get things going by giving them an indication on behalf of EW Maritime Investments, an affiliate of Ionian Transport, $3m less 2% here and 2% to IMK Shipbrokers (our first new project) and 3 years bb back for $1950/d less 2.5% to IMK shipbrokers and get their close counter.

8. 4 New Keymax vessels.
Awaiting opex (including dd) figures and translation of loan agreements. We need class records and pictures of recent surveys. If you have survey text by your superintendent please send as well. The deal will be structured as a bareboat charter party which will have as non-refundable deposit $500,000/vessel (increased by MFSC in part)and bareboat charter payments equal to loan agreement . At the end will be an obligation equal to the balloon, secured with the same securities as the current loan provides. In addition we will have some form of corporate structure holding company which can also guarantee.
The key thing is to do the deal without giving anything more to the banks than they have currently or ask their permission which I am sure will not be required by the loan agreements.

In 3-4 years time we will refinance these vessels and unwind the bbhp structure. If the above is OK from Keymax's side we can close these deals within 3 months.

You are right. Clipper or Tschudi & Eitzen can pay $6,750 daily for these vessels – mubh more than NYK, but you should do the negotiations. SSY are pretty good with such Charterers.

Please note that I approached only my direct investors without naming the vessels.

9.Awaiting disbursement accounts

10.URGENT.
I need for Ionian and ABNAMRO Bank pictures and a recent survey report for O.Reyna, O.Leo and Kowhai. I also need latest class records. All of this ASAP.

Enjoy the weekend. I will be out of Athens at Meteora until Monday afternoon for my father's memorial service.

Best regards
Babis

108

04/13/2002

**Tony Fordyce**

| | |
|---|---|
| From: | "mfsc" <mfsc@aias.gr> |
| To: | <t_fordyce@imk.co.jp> |
| Sent: | Tuesday, 16 April 2002 8:55 PM |
| Subject: | To do list |

Tony/Babis

As per our telephone conversation today we need to accelerate our pace and start concluding a few things. I will try to put them in an order of priority.

0.Awaiting for the DHL package with the class records and recent surveys with pictures for the OT 3 vessels.

1.Kowhai charter: As per our last conclude the 2 years charter.

2.ECL charters : Conclude the change of ownership as close as possible to our proposal (small improvement from IPL's proposal).Please commence immediately negotiations without anyfurther loss of time.We need to complete same asap.

3. Commissions: I have proposed to have a 2.5% commission on 9 vessels of which MFSC receives 40% ie net to Keymax/IPL/Forward 1.5% or $256,500/year or $712/d more than the $450/d requested by IPL. Of course it is up to you and IPL/Keymax to structure such payments. It makes no sense to have it gone to IPL because of the various claims outstandings against it. MFSC also would like to receive its commission from Keymax only. So the only solution is to give the commission to Keymax and Keymax to make payments to IPL ,MFSC and Forward.
If you have a separate agreement with SSY you can structure your salary/fee the way is better for you. I want to help you to secure your position and not to pay an excessive amount per vessel.

4.Daiichi/Daisy. We can wait 1-2 months on that for us to arrange financing. What is the opex for 2002-2003?

5.O.Sampaguita. I agree with your comments. It is better for us to deal with Keymax for this vessel and let Keymax to do anything they want to do. Awaiting for costs.

6.S.Odyssey .Costs are ok but purchase option still high. How much it comes down every month? what are the numbers in yen?
Is anyother vessel from the 2 that same owners own at lower book value?

7.O.Ellie and 4 new Keymax vessels. Registered owners,flag,class,charterers and banks will remain same. we only need the opex and translation of the loan agreements which will be attached to bareboat charters. Charter hires will go to lending banks, which will deduct principal installment and interest (which will be the bareboat hire payments) ,they will send opex to **1 0 9** Keymax and balance of all 5 vessels cashflow ,if positive ,will be paid to us. Even if Hirosaki Cherry is below market for 5-7 months this is ok. I

04/17/2002

need to do cashflows for all 5 vessels together to see if it is cashpositive and how much. Then I can arrange for the cash required by Keymax for these vessels quickly.

8.Newbuildings. Unfortunately our investors are not interested in newbuildings since they cannot see immediate returns on their money.

Best regards
Babis

**1 1 0**

## Tony Fordyce

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@imk.co.jp> |
| **Sent:** | Tuesday, 23 April 2002 9:50 AM |
| **Subject:** | IPL commissions |

Tony/Babis

I will mention only this problem which has considerably slowed down our progress and reminds me of the pre-Keymax period.

Facts:

1.There is no obligation or agreement by us to make any payments to IPL or Forward any more.

2. IPL agreed to get NISSUI (TRC), ECL and Daiichi to write direct charters with registered owners as per the terms agreed and prepared by you on April 5th and was given authority to conclude them with some small changes by myself on April 10th.

3. IPL asked in exchange of them producing such charters as brokers to receive a 2.5% comission on such new charters of Kowhai, Leo, Reyna, Ellie and Daisy and $60,000 in cash out of which IPL will cover TF compensation in a manner satisfactory to TF.

Our final response:

Despite the fact that we find such request unreasonable and excessive based on market practices, in the spirit of finishing FOR A FINAL TIME any financial dealings on old business we agree to IPL's request but structured as follows:

PROVIDED THAT the Nissui and ECL charters are agreed and signed for rates somewhere between the April 5th and April 10th memos (IPL's proposal and my counter-proposal).

1.In May and June IPL will receive from the cash flow of the 3 OT vessels $30,000 each month and will pay to Pegasus Shipholdings $15,000 each month, leaving $15,000 per month for IPL. No payments anymore to Forward (Tony's company).

2.In July and August IPL will receive $20,000 each month and will pay to Pegasus $5,000 each month.

3.From July the Kowhai commission will start being paid as 3% commission with 0.5% paid to Pegasus.

4.From September the Reyna and Leo commissions will start being paid with 3% commm (similarly 2.5% and 0.5% respectively).

5.As soon as the financing of the Daisy and Ellie are agreed either as BBHP or full refinance with Western banks the agreement with Daiichi will be reached and similar commission of 2.5 + 0.5% will start being paid from date of new charter.

6.All other vessels in the options agreement will have no commission to IPL.

7. Starting in July Keymax will accept repayment of its outstandings with equal payments over 60 months but becoming due upon termination of any vessel management agreement on a prorata basis.

I trust the above is satisfactory since we are giving to IPL all it asked for, and IPL can now proceed immediately with the ECL and Nissui discussions. Hopefully all will be finalised before Golden Week.

Regards

**111**

**Tony Fordyce**

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@imk.co.jp> |
| **Sent:** | Thursday, April 25, 2002 9:24 PM |
| **Subject:** | Commissions |

Tony/Babis

Thanks yours.

We counter propose/clarify as follows:

Provided that a) ECL 2 charter parties and Nissui 1 c/p are agreed,
b)Keymax agrees to amortizing the outstanding debt over 60 months starting
May and
c)TF is in agreement with his payment from IPL:

In addition to the 3% commission to IPL (net 2.5%) , IPL will receive:

in May $30,000 and pay to Pegasus $5,000
in June $30,000 and pay to Pegasus $10,000
in July $20,000 and pay Pegasus $10,000
in August $10,000 and pay Pegasus $5,000

No other payments,commissions,expenses will be paid to IPL,Keymax,SSY for
the 3 OT vessels
other than the above described.

I trust this concludes this matter and now we will have speedy execution of
the time-charters.

**112**

Page 1 of 1

**Tony Fordyce**

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@lmk.co.jp> |
| **Sent:** | Friday, 17 May 2002 6:24 PM |
| **Subject:** | General |

Tony/Babis

1. I guess you should try to incentivise your negotiations counterparties.
The alternative for ECL is to continue paying the full hire. We are not
under time pressure ourselves but they keep paying.

2. For us to take over the O.Daisy we will need to move over to O.Ellie the
SMBC 2nd mortgage. I suggest you do this anyways since it is the same cash
payments for you, for the bank it is better collateral since they have the
first mortgage on O.Ellie and for us we donot have to repay it in cash if we
refinance ORIX and buy this vessel.

3. We donot object to substitute O.Daisy for another vessel but I need to
finalize the 2 packages asap even if we close over the next 3-6 months.The
reason being that I deal with banks and investors who have credit committees
and as you appreciate they are not so flexible with changes.

As I advised you I would like to finish by this fall the following 2
packages.
 One with Ionian as investor and ABNAMRO as lending bank. This package
includes the 3 OT vessels and the O.Sampaguita, S.Odyssey and the O.Daisy
(or a substitute for now with the O.Daisy purchased next year for the Orix
debt only).
 The other package will be based on BBHP with the current Japanese banks
remaining in place and will include O.Ellie (with increased debt by the 2nd
morgage of O.Daisy),O.Phoenix,O.Harmony,Mermaid Dream and a 5th vessel with
better cash flow.
I would like to finish the details of the vessels involved in these packages
within next 2 weeks,

4.I have a problem with my ISDN center for last 2 days. You can always send
things at my home fax +30 295 29417 if office fax doesnot work.

5.we need to make 2 short addenda in the IPL and Keymax agreements to show
to Economou/Ionian for the extra payments to IPL (2X30,000,20,000,15,000) ,
the 3% commission and the reduced Keymax payments .Finally separately an
agreement for my part going to Pegasus would be nice as well.

Have a nice weekend

**113**

05/20/2002

## Tony Fordyce

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@lmk.co.jp> |
| **Sent:** | Tuesday, June 11, 2002 5:04 PM |
| **Subject:** | Response to Cardiff |

Tony/Babis

The prepared response seems Ok but we should add or send a separate response
by IPL that inorder that IPL commence negotiations to convert time-charter
parties to direct time-charter parties between registered owners and ECL/TRC
and become guarantor of such charter parties ,a condition requested by
time-charterers they required two final payments of $20,000 in July and
$15,000 in August and a 3% commission of time charter revenue on all 3
vessels starting June 2002.

███████████████████████████████████████████████████████████
██████████████████████

I agree to go ahead with the 3% comm commencing in June for all 3 vessels
just make it clear to cardiff at your response. You may wish to show me your
final draft to them today.
Thanks

**1 1 4**

7/3/2007

I have advised Economou that such payment/commissions were requested by IPL and that I needed to agree.

6510078

## Tony Fordyce

| | |
|---|---|
| **From:** | "mfsc" <mfsc@aias.gr> |
| **To:** | <t_fordyce@imk.co.jp> |
| **Sent:** | Thursday, June 20, 2002 6:42 PM |
| **Subject:** | Various matters on Ocean Trade |

Tony/Babis

1. Can you please confirm that Keymax is paying tomorrow the fees of Pegasus for
this month of $4,500 plus the IPL fee of $20,000 plus the 0.5% commission of
$2,250 (?) for a total of $26,750

2. Can you prepare a breakdown of all outstandings as of June 30th (after
payments of this month) by vessel. After our review it will be sent
officially to Cardiff.

3. Can you start discussing unofficially with Naguchi-san and Iwai-san what
is the best solution we can reach with ECL? I think we should break it into
two parts a) first the past where we settle the yen adjustment against the
rate reductions of the current charter party with IPL. As per addenda IPL
can expect to receive repayment of hires reductions but to pay yen
adjustment. These two debit/credits can offset eachother. b) changing to
registered owner against a new rate of $5,200 and no yen adjustment (with
stronger yen it may be against them as well and there is the precedent of
O.Reryna where it was deleted)

Most important we need to secure the payments of outstandings to Keymax but
it maybe some renegotiations on the amounts.

4. As far as roles of each party I am awaiting written private authority
from Economou (which confidentially I will share with you) clarifying that
he agrees to having IPL broker/guarantor for the agreed payments of 3% comm
and $20,000/15,000 in July/August and appointing me as broker as well for
additional 0.5% comm but he wants to be copied on all exchanges for the 3
vessels. He has a list of unrealistic requests trying to do the best deal
for him but with clear channel we can make quick progress (start thinking on
the lines of 2 &3 above).

5. I remain 50% shareholder until he can exercise his option to buy me out
for $65,000 until end of July but he is indicating that he will accept my
offer (or nearby) and consent to a sale to my company for $8.2m for the
Kowhai and Reyna provided that simultaneously with such closing a direct
charter with ECL will start for the O.Leo. This means that hire will go
directly to ING and we need to prepare standing instructions to protect
Keymax and Economou that agrements will be performed.

6. Can you fax me tomorrow the Kowhai c/p?

Situation starts being cleared and resolved but still there is work to be
done.

116

Fw: General

Subject: Fw: General
Date: Wed, 3 Jul 2002 10:16:48 +0900
From: "Tony Fordyce" <t_fordyce@imk.co.jp>
To: "Saburo Iwai" <s_iwai@imk.co.jp>

This is my message to Babis last night (his reply is below).

1. My situation
After discussing with Saburo, I think we can work out something at least on a temporary basis this end, so that I receive close to US$6,000 /pm from Keymax/IPL (other than the BB vessels commission).

2. Project B
I have gone over this again with Saburo, and we need clarification again of how you see the deals working. The ownership of the vessels will of course remain with the present owners (there is no way to change that without prejudicing the finance arrangements). At present, the t/c hire is paid directly to those financers, who deduct the finance costs (and in the case of O.Ellie, also about US$13,000 per month which goes into the collateral account), and then pay the balance to Keymax. Again, it is going to be impossible to change this arrangement. Can Keymax therefore pay the balance they receive from the financers to the new Chartering companies and then have the operating expenses paid back to them? Otherwise, how do you see the arrangement working?

To simplify the situation, is this correct?

A. Owners bareboat the vessel to your new company (say 'ABC'), but in fact no hire is paid, since the finance portion of the time-charter hire is deducted at source by the financers.
B. ABC time-charters the vessel back to Keymax, who either act as Charterers themselves or will charter the vessel on back-to-back terms to, for example in the case of O.Ellie, Daiichi; in fact the only 'hire' paid is the difference between the t/c hire and the finance costs.
C. ABC enters into a management agreement with Keymax and pays management costs to Keymax.

Are you/the investors happy to only have the security of Keymax charters and agreement? There does not seem to be any way to give any other form of security.

3. Profit-sharing for O.Harmony/O.Phoenix
Our original suggestion was much closer to 80/20 than 85/15, but since it seems you are only aiming to give the investors 50%, we should share the balance 50% equally, so the figure will be 75/25.

4. Charter-parties
I am getting these scanned and will send to you soon.

5. Loan Agreement translations
These are under preparation.

6. Insurance
We will have to make some sort of agreement to pro-rate insurance proceeds for total loss etc, in proportion to the amount of bareboat hire paid (for example, in case of a total loss on Day 1 of the charter, Keymax should get all the proceeds in excess of the bank loan; in case of a total loss on the last day, then the bareboat charterers should get the excess proceeds (minus any amount they have to pay at the end of the charter period in order to obtain ownership).

7. Ocean Phoenix/Harmony
We have not yet discussed with NYK, since they are in the progress of separating their bulk chartering department from the rest of the dry cargo section and are very busy. However, we have discussed with some other local charterers, and it seems that the rate for 12 months is going to be around US$5,200. Since the market is low, there is no real reason to fix longer period now and lock in poor levels. For European charterers the rates are a little higher, but our operating costs will also be higher - by maybe US$100/150 per day - so there is not a great difference. Keymax will give a bit less, and can do whatever period you prefer. I feel they may be prepared to do around US$5,000 for, say, 3 years (I don't have an exact figure from Saburo yet).

8. Operating expenses for 2001/insurance policies etc.
Saburo is arranging these and we will send soon.

9. Figures
Can you please let me know the figures for each vessel for Project B and the Commission Agreement (the actual figures for the deal as being sold to the investors and the actual deal).

10. Ocean Trade vessels
Statements of Account and Management cost breakdowns are being couriered to you today

++++

Babis' reply

Subject: General

Tony/Babis

1.Fordyce/IPL situation

It seems we are reaching a conclusion. However please comment on the following questions:
a)IPL is receiving 2.5% on Kowhai,Reyna, Lao only
b)Keymax is receiving 1 1/4% on Sampaguita,Odyssey,Ellie,Daisy,Hrmony,Phoenix,Mermaid,Century
c)Pegasus is receiving 1% on the first 3 and 1 1/4% on the next 8 vessels.
All commissions are paid by charterers to Keymax, they are listed in the charter parties as Keymax commissions. As you notice there will be no commision for Forward in the c/p's.
Until c/p's are signed, we will continue with status quo of 3% to IPL/Pegasus and 1 1/4% on bb for Forward. This is going to stop say around September when new c/p's come to effect but then we will start the permanent arrangement with 2 x $6,000 paid to you from MFSC & Pegasus.
Is this your understanding? Is IPL ok with this scenario? Of course we can review situation in 12 months.

117

1 / 2                                                                                    02/07/03 15:4

What do you think are you going to do with SSY?

2. Project B

Basically you are correct in your description of the project structure and this is my undestanding and my investor's understanding and certain fine tuning. Registered owners will remain the same,bank accounts with hires will remain and in general finance and time-charters with end users will not be disturbed. However securities will be given by Keymax and shareholders of record for vessels to us /bareboat charterers that agreements will be performed, same as we will give. For example,you are correct that no time-charter income will be changing hands, just the net difference after the financial cost
but the accounts will be jointly controlled ie will add say myself as a signatory in the accounts to comfort the investors that no arbitrary payments will be made.Also if we have back-to back time-charters between Keymax and Daiichi/NYk, Keymax will give us secondary assignments after the bank debt which obviously is first. The beauty of the project B is that it is only necessary to do agreements between Keymax and EWML My investor is fully aware of this point. Of course he wants to make sure that opex/drydocking costs are kept to minimum and best time charter income is secured.On these issues we will work together but we need to keep decision making on an arms –length basis. I will draft these points in the master agreement but we are in agreement for the principal of the structure.

3& 7. Profit sharing for Harmony/Phoenix

I agree but is this above a basis guaranteed rate of $5,200/d or $5,150 for 3 years  as discussed? Also can we apply the same principle for the sampaguita and S. Odyssey ie profit split 75/25 Investors & MFSC/Keymax?

4 &5 Awaiting

6. Insurance

We can discuss a profit sharing formula in case of total loss. Lets start with you giving us the insured values and premiums.
Investor needs to recover something in day one as well . But this is easy if we add some Increased Value insurance and we can do a schedule attached in the bbhp contract.

8. Awaiting

9.Figures

I addressed the commissions issue under 1 above and we have agreed the net to Keymax for the upfront payments. The exact figures with investors per vessel are not agreed but we have agreed a total figure. So in the master agreement you put for now $600,000 per vessel and $200,000 security deposit and in the Pegasus confidential agreement the difference between that number and what it was agreed with Keymax so far. Please proceed with drafts expeditiously even if you feel are incomplete and I will revert immediately with proper drafting since otherwise I have to give you the drafting now. We can then clear them with Saburo before I give them to the  investor.

10. I made arrangement with courier service for them to call me first. So it should be no problem now.

11. O.Sampaguita. What is the balance to Orix on September 30th? What is the best time charter structure with Keymax?

12. S.Odyssey. Same questions as for O.Sampaguita

Best regards

Fv: Ocean Trade

Subject: Fw: Ocean Trade
Date: Thu, 25 Jul 2002 09:35:50 +0900
From: "Tony Fordyce" <t_fordyce@imk.co.jp>
To: "Saburo Iwai" <s_iwai@imk.co.jp>

Saburo

Following received from Babis:

—— Original Message ——
From: "mfsc" <mfsc@aias.gr>
To: <t_fordyce@imk.co.jp>
Sent: Thursday, July 25, 2002 9:23 AM
Subject: Ocean Trade

Tony/Babis

Following our telephone conversation today I would like to inform you
Iwai—san and Saburo that Economou has bought my 50% interest in Ocean Trade,
the owner of Kowhai, Reyna and Leo, pursuant to an option he had until end of
of
July as I had previously advised you.

My assessment of the situation is as follows:

1. There was no value to the equity of Ocean Trade and the 3 vessels will
face subtantial losses if redelivered from current charters. The best offer
that I made for all 3 vessels, and thereafter for Kowhai and Ocean Reyna
only
were an excellent deal for Economou who chose not to take them.
This development will have no effect on our working relationship. With my
work over the last 3 years, I have put IPL and Keymax in a position where
their operating losses will be minimized without unnecessary litigation
while I will continue assisting IPL/Keymax on the lines agreed or even
improving the deal for Keymax's collection of outstandings.
For example: deduct Leo docking cost over 2—3 monthly payments and go
back to $45,000/month repayment of old outstandings.
There is an efficient way of doing this and I will assist you all the way
since I have the same interest as you to collect my fees from these vessels
as you do.

2. I have now more buying power to finance the aquisition of O Sampaguita,
Sharrow Bay,Aldebaran and the chip carrier with the ABNAMRO loan facility
which is still in place. Collectively this outcome increases the volume of
business for Keymax as well.

3.Economou has no written agreement of any sort and, while I do not suggest
drastic changes from the current operation, he has no choice than to respect
the 3.5% commission to IPL, the 1 1/4% on BB to Forward and the deduction of
the outstandings to Keymax. You can continue to copy me blindly your
exchanges
with him and I will help you with responses. In the unlikely event that he
will
become aggressive we can claim that a number of issues have been discussed
with me and settled with his knowledge and authority over the last 2 years.
He needs to collect the maximum hire from charterers over the next 3 years
so that he reduces his book value and sells these vessels. It will be a 2—3
years
phase out.

4. MFSC/Pegasus relationship with Keymax/IPL is 4—fold: The Ocean Trade
vessels (assisting Keymax/IPL to manage Economou) as per current
arrangements, the Ionian/ABNAMRO package of 4 vessels: Sampaguita,Sharrow
Bay, the chip carrier and Aldebaran, the EWMI/bbhp package of 6 vessels and
my
marketing of the Keymax services to the West. All these deals are well
developed and documented and there are no obstacles I can see to stop their
closing within September. Of course I would appreciate your assistance to
keep the details of my involvement and compensation very private and
confidential from the investors (especially with each other). It is
important to

119

Fwd: Ocean Trade

emphasize that the privacy and confidentiality of these deals is a precondition
to complete this large volume of business. Legally there is absolutely no problem,
but I do not want to confuse the 2 separate groups of investors.

Best regards

120

02/07/25 10:48

**Tony Fordyce**

From:     "mfsc" <mfsc@alas.gr>
To:        "Tony Fordyce" <t_fordyce@imk.co.jp>
Sent:     Wednesday, July 31, 2002 4:29 AM
Subject:  RE: Cardiff situation

Tony/Babis

~~[redacted] should not be concerned about Economou. I know exactly how they are thinking and the campaign you~~ ~~[redacted] be kept. I assure you that they will come to you in the near future to ask~~ ~~[redacted] to sign an agreement~~ ~~[redacted] so the current timecharters income may be increasing.~~ You can at the time that they will ask you, in a few days I expect , why IPL is charging 3.5% commission , $20,000 in July and $15,000 in August and Forward the 1.25% commission to tell them that this is the minimum to have IPL surviving to keep the above market charters. You can then suggest to them to sign an agreement saying IPL willnot charge more and will have Keymax continue managing the vessels and the timecharters provided they deduct their budgeted opex and the outstandings divided equally over 24 monthly payments (say) since charters may expire or terminated shorter than you think. On this basis you can produce a letter from Keymax to IPL stating that they willnot arrest vessels if such settlement is reached.

In summary, IPL can have a signed agreement with Cardiff better than the current agreements, incorporating points from both the current IPL and Keymax agreements without bringing Keymax into a direct relationship with Cardiff.

~~[redacted] yourself (MFSC) dated~~ ~~[redacted] to sign the Kowhai~~ ~~[redacted] via Keymax's management and deduct~~ ~~[redacted] between Keymax and IPL.~~ When Economou asks about this charterparty you can send it to them signed by Iwai-san and my authority letter. You can even show the authority letter to TRC if you need. For the other 2 vessels you don't need to worry since you control the cash flow. I believe Keymax should accelerate their collections starting this month with the target to have all outstandings collected within the next 2 years.

Of course it is good to have a paper signed between IPL and Economou on the above lines but you should have him to ask for it and not you.

Call me to discuss the above if this is not clear.

-----Original Message-----
From: Tony Fordyce [mailto:t_fordyce@imk.co.jp]
Sent: Monday, July 29, 2002 4:21 AM
To: Babis Ziogas
Subject: Cardiff situation

Babis/Tony

Iwai-san (of IPL) is very worried about the Economou situation. In particular, he wants to know if the agreement we signed with you will be maintained by Economou. If not, how does he know what will happen in the future. This seems to be very important in the continuing survival of IPL. If Economou is going to be difficult, then IPL's existence will definitely be threatened.

He is also very concerned about the signing of the Kowhai C/P, which we are being pressed to sign every day. How should this be handled? As you know, the Charterers want IPL to sign this on behalf of the actual Owners.

Regards

**121**

Iwai-san should not be concerned about Economou. I know exactly how they are thinking and I can assure you that the essence of the agreement will be kept. It is them that they will come to you in the near future to ask you about a signed agreement with IPL and Keymax but I suggest that you negotiate and sign an agreement only with IPL. Economou will be difficult only at the time that all vessels will earn in the market close to the current timecharters income, maybe in 2-3 years time.

As mentioned earlier, you can prepare an authority letter from OT to be signed by myself (MFSHC) dated June 3rd, 2002 (lets prepare it together) when I was still a shareholder, authorizing you to sign the Kowhai charterparty and stating that you can continue to collect the hire via Keymax's management and deduct opex commission and outstanding drydockings and opex's as settled between Keymax and IPL.

122

Fw: Cardiff

Subject: Fw: Cardiff
    Date: Wed, 7 Aug 2002 13:28:00 +0900
    From: "Tony Fordyce" <t_fordyce@imk.co.jp>
      To: "Saburo Iwai" <s_iwai@imk.co.jp>

Following from Babis

Subject: RE: Cardiff

Tony/Babis

Please explain the following to Iwai-san and Saburo.

1. I believe that we need to think carefully about the entire situation with Cardiff before you reply to them. Anyway you need to prepare cashflows as I understand that Ioannidis has requested; this takes time so you can reply next week. Let me comment on them when you prepare them.

2. I have known Economou for 20 years and Ioannidis for 7. I know the exact financial and strategic condition of Cardiff, which by the way is very weak. My family trust invested in Ocean Trade in total $750,000 and they got back only $125,000. I believe I got also a good relationship with you and the Iwai family and I believe we will make back these losses with new deals. However it is important for me to collect what we have agreed with IPL/Keymax and I will continue to assist IPL/Keymax with this difficult person. I was a shareholder of OT until July 27th, 2002 and I can state in writing even in front of courts that we operated for 7 months in a certain manner that the other shareholder has approved. If you notice in their letters, Cardiff still wants to maintain the arrangement reached but with improvements! You just do not need to give then any improvements!

3. There will be a number of exchanges and threatening letters but the essence is that there will be no action until the ECL charters are finished. By that time Keymax will have recovered its outstandings and IPL/Forward/Pegasus certain commissions. After that Cardiff may sue IPL, but it is unlikely. Cardiff gave all files in 2 instances to P&I club and they declined to take action. They know that there is a judgement against you by Allfirst which has not been executed, so why should Cardiff spend any money?

For now they talk about commissions because they do not see about the forthcoming deductions for yen adjustment, dd, chain etc. I believe a good approach is to put everything forward in your pro forma forcast in an accelerated form, say outstandings repayment at $45,000/mo, dd over 6 months and then give them back some more time.

4. Keymax is not a party of the relationship with Cardiff and my strong recommendation is under all circumstances to keep them apart as far as possible, even by, for example, having Saburo to respond to them for the letters that are copied to him and say that he doesnot understand why they are addressed to him when Keymax is managing vessels for IPL only. You can explain to Ioannidis that it would be a disaster with charterers if they find out about IPL's removal since IPL still collects above market charters because it is still in the C/P. Of course Pegasus keeps the management agreements with Ocean Trade only in their hands. It should be thus no problem for Keymax to continue paying the $4,500/mo as long as they manage these vessels as per signed agreement. This agreement is P&C and it is no-one's business to know about it.

5. As far as IPL is concerned, you need to be firm and do not start giving back anything. Pegasus reached an agreement with IPL how to settle the last $60,000 paid to IPL in May, June and $35,000 until August with the last payment this month and a 3% till commission. Pegasus doesnot wish to change this arrangement.

From some time ago I told Ioannidis and Economou that I will ask from IPL an extra 0.5% for me which IPL may consider to pay bringing the total coms to 3.5% (after Economou had already agreed to the 3%). We should evaluate the situation month by month, but I strongly recommend to not give anything back since this will only create a bad precedent. Pegasus had offered to pay you (Tony) the extra 0.5% above 3% starting August (close to $2,000 agreed with you) and this fits perfectly what I have told Ioannidis. You can tell him that you receive 0.5% from the 3.5% como to liaise with Keymax while IPL receives the balance. You can state to him that IPL and Babis Ziogas (MFSC) are working as brokers on a number of deals as you are working with Kaklamanos as well, which are private and confidential as the Cardiff deals are, and you expect to pay commisions to B2 for such deals unrelated to their 3 vessels. This statement is factually correct.

6. For August , Pegasus expects to receive $4,500 from Keymax, $5,000 from IPL (last payment of 3) and 1% in total in commissions for an amount of $4,535 a grand total of $14,035 of which you (Tony) should receive $2,000 as agreed and the balance of $12,035 should be paid to Pegasus on the 21st of August.

We have a number of great deals together already developed and close to fruition, based on mutual trust and assistance and we should not have the small obstacles to make you ask from me to give up earned fees when we suffered greatly but we continue supporting and honoring all our agreements.

Best regards
Babis

--------Original Message--------
From: Tony Fordyce [mailto:t_fordyce@imk.co.jp]
Sent: Tuesday, August 06, 2002 11:51 AM
To: Babis Ziogas
Subject: Cardiff

Babis/Tony

Since sending you my mail I received a call from Ioannidis. He has asked us to prepare a cash-flow projection for income/expenditure for the 3 bb vessels. This will of course take into account docking costs, repayment of the currency adjustment for Ocean Leo (although of course they are not going to be happy about this), other payments to Keymax and IPL/Forward commissions.

They are definitely going to take a very strong position regarding commission payments, and I think we have no option but to reduce the commission to IPL's 2.5 pct and Forward's BB commission.

I stressed on the phone that agreements we have made with you are entirely valid as far as we are concerned; we were dealing

**123**

Fw: Cardiff

with you as Oosan Trade since the beginning of these charters and Cardiff cannot suddenly say – with retrospective effect – that any agreements we made with you are not valid.

Anyway, he has suggested that we take our time before replying, so we will do so!

Regards

**124**

02/08/09 14:3?

## SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **OCEAN DAISY** | Shiptype | **Bulk Carrier** |
| Year of Build | **1994** | LR/IMO Ship No. | **9110236** |
| Gross Tonnage | **8,417** | Deadweight | **14,379** |
| MMSI No. | **538002513** | Call Sign | **V7JG4** |
| Status | **In Service/Commission** | Flag | **Marshall Islands** |
| Last Updated | **2007-05-24** | Data validated | |

## OWNERSHIP

| | | | | |
|---|---|---|---|---|
| Group Owner | **Maritime Financial Services** | Location **Greece** | | |
| Shipmanager | **MFS Shipmanagement Corp** | Location **Greece** | | |
| Operator | **MFS Shipmanagement Corp** | Location **Greece** | | |
| DOC Company | **MFS Shipmanagement Corp** | Location | IMO Company No (DOC) | **5197003** |
| Registered Owner | **Daisy Shpg Ltd** | Location **Marshall Islands** | IMO Registered Owner No | **5215120** |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC |
|---|---|---|---|---|---|---|---|
| 2007-01 | | | | | | | MFS Shipmanagement Corp (Greece) |
| 2006-07 | | | Maritime Financial Services | | | | |
| 2006-03 | | | | MFS Shipmanagement Corp | MFS Shipmanagement Corp | | |
| 2005-12 | | Marshall Islands | | | | Daisy Shpg Ltd | |
| 2002-07 | | | | | | | MK Shipmanagement Co Ltd (Japan) |
| 2000-06 | | | Keymax Maritime Co Ltd | | | | |
| 2000-01 | | | | MK Shipmanagement Co Ltd | MK Shipmanagement Co Ltd | | |
| 1994-09 | | Cyprus | | Kikuyo Maritime | Kikuyo Maritime | Pacifictrail Shippping | |
| 1994-00 | OCEAN DAISY | Panama | Inter Pacific Lines | | | Ocean Yuri Shipping | |

Originally OCEAN DAISY

**1 2 5**

© 2007 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be
liable to any person for any loss, damage or expense caused by reliance on the information or advice in this
document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in
that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

126

Refine Builder Search

## SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **OCEAN HARMONY** | Shiptype | **Bulk Carrier** |
| Year of Build | **1996** | LR/IMO Ship No. | **9135482** |
| Gross Tonnage | **14,754** | Deadweight | **23,524** |
| MMSI No. | **538002514** | Call Sign | **V7JG5** |
| Status | **In Service/Commission** | Flag | **Marshall Islands** |
| Last Updated | **2007-05-24** | Data validated | **2007-04-17** |

## OWNERSHIP

| | | | | |
|---|---|---|---|---|
| Group Owner | **Maritime Financial Services** | Location **Greece** | | |
| Shipmanager | **MFS Shipmanagement Corp** | Location **Greece** | | |
| Operator | **MFS Shipmanagement Corp** | Location **Greece** | | |
| DOC Company | **MFS Shipmanagement Corp** | Location **Greece** | IMO Company No (DOC) | **5197003** |
| Registered Owner | **Harmony Shipping-Marshall Is** | Location **Marshall Islands** | IMO Registered Owner No | **5202676** |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC |
|---|---|---|---|---|---|---|---|
| 2006-07 | | | Maritime Financial Services | | | | |
| 2006-06 | | | | | | | MFS Shipmanagemer Corp (Greece) |
| 2006-02 | | | | MFS Shipmanagement Corp | MFS Shipmanagement Corp | | |
| 2005-12 | | Marshall Islands | | | | Harmony Shipping-Marshall Is | |
| 2002-04 | | | | | | | MK Shipmanagemer Co Ltd (Japan) |
| 1999-09 | | | | MK Shipmanagement Co Ltd | MK Shipmanagement Co Ltd | | |
| 1996-10 | OCEAN HARMONY | Panama | Inter Pacific Lines | | | Ocean Harmony Shipholding | |
| 1996-00 | | | | Kikuyo Maritime | Kikuyo Maritime | | |

Originally OCEAN HARMONY                                      127

© 2007 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in

that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

**128**

Sea-web: Ship Overview

# SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **OCEAN PHOENIX** | Shiptype | **Bulk Carrier** |
| Year of Build | **1995** | LR/IMO Ship No. | **9111591** |
| Gross Tonnage | **15,737** | Deadweight | **24,318** |
| MMSI No. | **538002540** | Call Sign | **V7JL2** |
| Status | **In Service/Commission** | Flag | **Marshall Islands** |
| Last Updated | **2007-05-24** | Data validated | |

## OWNERSHIP

| | | | | |
|---|---|---|---|---|
| Group Owner | **Maritime Financial Services** | Location **Greece** | | |
| Shipmanager | **MFS Shipmanagement Corp** | Location **Greece** | | |
| Operator | **MFS Shipmanagement Corp** | Location **Greece** | | |
| DOC Company | **MFS Shipmanagement Corp** | Location **Greece** | IMO Company No (DOC) | **5197003** |
| Registered Owner | **Ocean Phoenix Shpg Ltd** | Location **Marshall Islands** | IMO Registered Owner No | **5188359** |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC |
|---|---|---|---|---|---|---|---|
| 2006-09 | | | | | | | MFS Shipmanagement Corp (Greece) |
| 2006-07 | | | Maritime Financial Services | | | | |
| 2006-03 | | | | MFS Shipmanagement Corp | MFS Shipmanagement Corp | | |
| 2005-12 | | Marshall Islands | | | | | |
| 2005-08 | | | | | | Ocean Phoenix Shpg Ltd | |
| 2002-10 | | | | | | | MK Shipmanagement Co Ltd (Japan) |
| 2000-06 | | | Keymax Maritime Co Ltd | | | | |
| 2000-01 | | | | MK Shipmanagement Co Ltd | MK Shipmanagement Co Ltd | | |
| 1995-09 | | | Inter Pacific Lines | Kikuyo Maritime | Kikuyo Maritime | Ocean Phoenix Navigation | |

http://www.sea-web.com/authenticated/authenticated_handler.aspx?control=shipovw&LRNO=9111003

| 1995-01 | | Panama |
|---|---|---|
| 1995-00 | OCEAN PHOENIX | |

Originally OCEAN PHOENIX

© 2007 Lloyd's Register - Fairplay Ltd, Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

**1 3 0**

Sea-web: Ship Overview

# SHIP OVERVIEW

| | | | |
|---|---|---|---|
| Ship Name | **PORTO VITILO** | Shiptype | **Bulk Carrier** |
| Year of Build | **1996** | LR/IMO Ship No. | **9118238** |
| Gross Tonnage | **10,421** | Deadweight | **17,386** |
| MMSI No. | **538002505** | Call Sign | **V7JE6** |
| Status | **In Service/Commission** | Flag | **Marshall Islands** |
| Last Updated | **2007-07-10** | Data validated | |

# OWNERSHIP

| | | | |
|---|---|---|---|
| Group Owner | **Unknown** | Location | |
| Shipmanager | **Rptd Sold Undisclosed Interest** | Location | |
| Operator | **Rptd Sold Undisclosed Interest** | Location | |
| DOC Company | **Unknown** | Location | IMO Company No (DOC) |
| Registered Owner | **Rptd Sold Undisclosed Interest** | Location | IMO Registered Owner No |

# COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC |
|---|---|---|---|---|---|---|---|
| 2007-07 | PORTO VITILO | | Unknown | Rptd Sold Undisclosed Interest | Rptd Sold Undisclosed Interest | Rptd Sold Undisclosed Interest | |
| 2007-04 | | | | | | | |
| 2007-01 | | | | | | | MFS Shipmanagement Corp (Greece) |
| 2005-12 | | Marshall Islands | | | | | |
| 2005-11 | | | Maritime Financial Services | MFS Shipmanagement Corp | MFS Shipmanagement Corp | Ellie Shpg Ltd | |
| 2002-05 | | | | | | | MK Shipmanagement Co Ltd (Japan) |
| 1998-02 | | | Unknown | | | | |
| 1996-08 | Ocean Ellie | | Inter Pacific Lines | MK Shipmanagement Co Ltd | MK Shipmanagement Co Ltd | Ocean Ellie Shipholding | |
| 1996-05 | | Cyprus | | | | | |
| 1996-00 | Eos IV | | Far East Shipping | | | Nang Pao Maritime | |

Originally Eos IV

**131**

© 2007 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.