JUDGE PRESKA                          07 CIV 7762

320-07/PJG/MAM/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Manuel A. Molina (MM 1017)
Barbara G. Carnevale (BC 1651)



RECEIVED
AUG 3 1 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
OCEAN TRADE S.A.;
PANAPORT SHIPPING S.A.;
PILLSBURG NAVIGATION S.A.; and,        07 CIV ____ (___)
STERLING NAVIGATION S.A.

           Plaintiffs,

   -against-                                  **RULE 7.1 STATEMENT**

CHARALAMBOS ZIOGAS a/k/a BABIS ZIOGAS
a/k/a BABIS O. ZIOGAS, an individual;
MARITIME FINANCIAL SERVICE CORP.
n/k/a MFS SHIPMANAGEMENT CORP.;
PEGASUS SHIPHOLDINGS CORP.;
EAST WEST MARITIME INVESTMENT LTD.;
DAISY SHIPPING LTD.;
ELLIE SHIPPING LTD.;
HARMONY SHIPPING LTD.;
OCEAN PHOENIX SHIPPING LTD.;
ASIAN FRIENDSHIP SHIPPING LTD;
ASIAN UNITY SHIPPING LTD.; and,
OLYMPIAN GODDESS SHIPPING LTD.;

           Defendants.
------------------------------------------------------------------x

      OCEAN   TRADE   S.A.;   PANAPORT   SHIPPING   S.A.;   PILLSBURG

NAVIGATION S.A.; and, STERLING NAVIGATION S.A., by and through their

undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal

NYDOCS1/287260.1

Rules of Civil Procedure, certifies that they are private (non-governmental) parties, have no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the companies.

Dated: New York, New York
August 31, 2007

                        FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
OCEAN TRADE S.A.;
PANAPORT SHIPPING S.A.;
PILLSBURG NAVIGATION S.A.; and,
STERLING NAVIGATION S.A.

By: _____
Peter J. Gutowski. (PG 2200)
Manuel A. Molina (MM 1017)

NYDOCS1/287260.1        2