UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

OCEAN TRADE, S.A., et al.

　　　　　v.

CHARALAMBOS ZIOGAS a/k/a
BABIAS ZIOGAS a/k/a BABIAS O.
ZIOGAS, et al.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7762 (LAP)(DCF)

　　　　The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
ParticularMotion: _____

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:　New York, New York
　　　　SEPT. 19, 2007

/s/ Loretta A. Preska
United States District Judge