BROWN GAVALAS & FROMM LLP
Attorney for Defendants
355 Lexington Avenue, 4th Floor
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OCEAN TRADE S.A.; PANAPORT SHIPPING S.A.;
PILLSBURG NAVIGATION S.A.; and, STERLING
NAVIGATION S.A.,

                        Plaintiffs,

    -against-

CHARALAMBOS ZIOGAS a/k/a BABIS ZIOGAS a/k/a
BABIS 0. ZIOGAS, an individual; MARITIME FINANCIAL
SERVICE CORP. a/k/a MFS SHIPMANAGEMENT CORP.;
PEGASUS SHIPHOLDINGS CORP.; EAST WEST
MARITIME INVESTMENT LTD.; DAISY SHIPPING
LTD.; ELLIE SHIPPING LTD.; HARMONY SHIPPING
LTD.; OCEAN PHOENIX SHIPPING LTD.; ASIAN
FRIENDSHIP SHIPPING LTD; ASIAN UNITY SHIPPING
LTD.; and, OLYMPIAN GODDESS SHIPPING LTD.;

                        Defendants.
-----------------------------------------------------------------------X

07 Civ. 7762 (LAP)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

    PLEASE TAKE NOTICE, that BROWN GAVALAS & FROMM LLP has been retained by the Defendants, CHARALAMBOS ZIOGAS, an individual; MARITIME FINANCIAL SERVICE CORP.; MFS SHIPMANAGEMENT CORP.; PEGASUS SHIPHOLDINGS CORP.; EAST WEST MARITIME INVESTMENT LTD.; DAISY SHIPPING LTD.; ELLIE SHIPPING LTD.; HARMONY SHIPPING LTD.; OCEAN PHOENIX SHIPPING LTD.; ASIAN FRIENDSHIP SHIPPING LTD; ASIAN UNITY SHIPPING LTD.; and, OLYMPIAN GODDESS SHIPPING LTD., to represent said Defendants in the above- entitled action, and hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon BROWN GAVALAS & FROMM LLP at its office as listed below.

    PLEASE TAKE FURTHER NOTICE, that Defendants, by their attorneys, BROWN GAVALAS & FROMM LLP, hereby enter a restrictive appearance on behalf of said Defendants

pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims, solely to defend against the alleged admiralty and maritime claims asserted by plaintiffs OCEAN TRADE S.A.; PANAPORT SHIPPING S.A.; PILLSBURG NAVIGATION S.A.; and, STERLING NAVIGATION S.A. with respect to money, funds and electronic fund transfer payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter, and any other or supplemental garnishees who may restrain the property of Defendants and as to which there has issued Process of Maritime Attachment and Garnishment, reserving all defenses available to Defendants including, but not limited to, personal jurisdiction, venue and service.

Dated:  New York, New York
        October 16, 2007

                                        BROWN GAVALAS & FROMM LLP

                                        By: _____
                                             Peter Skoufalos (PS-0105)
                                             Attorney for Defendants
                                             355 Lexington Avenue, 4th Floor
                                             New York, New York 10017
                                             (212) 983-8500

TO:    Via ECF
        Clerk of the Court
        United States District Court
        Southern District of New York
        500 Pearl St.
        New York, New York 10007

        Via ECF
        Freehill Hogan & Mahar LLP
        Attorneys for Plaintiffs
        OCEAN TRADE S.A.; PANAPORT
        SHIPPING S.A.; PILLSBURG NAVIGATION
        S.A.; and, STERLING NAVIGATION S.A.
        80 Pine St.
        New York, New York 10005
        Attn:    Peter J. Gutowski, Esq.
                   Manuel A. Molina, Esq.
                   Barbara G. Carnavale, Esq.