UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OCEAN TRADE S.A.; PANAPORT SHIPPING S.A.;        07 CIV 7762 (LAP)
PILLSBURG NAVIGATION S.A.; and, STERLING
NAVIGATION S.A.,

                           Plaintiffs,                **NOTICE OF MOTION**

   -against-

CHARALAMBOS ZIOGAS a/k/a BABIS ZIOGAS a/k/a
BABIS O. ZIOGAS, an individual; MARITIME
FINANCIAL SERVICE CORP. n/k/a MFS
SHIPMANAGEMENT CORP.; PEGASUS
SHIPHOLDINGS CORP.; EAST WEST MARITIME
INVESTMENT LTD.; DAISY SHIPPING LTD.; ELLIE
SHIPPING LTD.; HARMONY SHIPPING LTD.; OCEAN
PHOENIX SHIPPING LTD.; ASIAN FRIENDSHIP
SHIPPING LTD; ASIAN UNITY SHIPPING LTD.; and,
OLYMPIAN GODDESS SHIPPING LTD.,

                           Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 12 and Supplemental Admiralty Rule E(4)(f) of the Federal Rules of Civil Procedure, defendants, CHARALAMBOS ZIOGAS a/k/a BABIS ZIOGAS a/k/a BABIS O. ZIOGAS, an individual; MARITIME FINANCIAL SERVICE CORP. n/k/a MFS SHIPMANAGEMENT CORP.; PEGASUS SHIPHOLDINGS CORP.; EAST WEST MARITIME INVESTMENT LTD.; DAISY SHIPPING LTD.; ELLIE SHIPPING LTD.; HARMONY SHIPPING LTD.; OCEAN PHOENIX SHIPPING LTD.; ASIAN FRIENDSHIP SHIPPING LTD; ASIAN UNITY SHIPPING LTD.; and, OLYMPIAN GODDESS SHIPPING LTD., by and through undersigned counsel, move this Court to dismiss the Complaint in this action and vacate maritime attachment. Plaintiff's motion shall be based, *inter alia*, on the Defendants' Memorandum of Law, the Affidavit of Peter Skoufalos, the Declaration of Dr.

Charalambos Ziogas, and all prior proceedings and pleadings in this matter. Said motion shall be heard before the Honorable Loretta A. Preska at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, 10007 at the time and date set by this court.

PLEASE TAKE FUTHER NOTICE that papers in opposition to this motion, if any, shall be served on counsel for the Defendants so as to be received by 5:00 p.m. on March 10, 2008, and that reply papers, if any, shall be served on counsel for the Plaintiffs so as to be received by 5:00 p.m. on March 24, 2008.

Dated: New York, New York  
February 25, 2008

BROWN GAVALAS & FROMM LLP  
Attorneys for Plaintiffs

By: _____  
Peter Skoufalos (PS-0105)  
355 Lexington Avenue  
New York, New York 10017  
212-983-8500