GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

March 6, 2008

Our Ref: 320-07/PJG

**BY HAND**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

RECEIVED
MAR 6 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

Re:   OCEAN TRADE S.A. etc. v. CHARALAMBOS ZIOGAS
a/k/a BABIS ZIOGAS a/k/a BABIS O. ZIOGAS, an individual;
and MARITIME FINANCIAL SERVICE CORP. etc.
07-Civ.-7762 (LAP)

-----------------------------------------------------------------------------

Dear Judge Preska,

We represent the Plaintiffs in the captioned action, and write, with the consent of counsel for the Defendants, to make application for an adjustment in the motion schedule set forth on Defendant's Notice of Motion to vacate the attachment.

In this respect, we approached counsel for the Defendant to see whether they would consent to an adjustment in the schedule in view of our having several other matters pending in the immediate future. They consulted with their client and we have agreed on the following dates:

Plaintiff's Opposition due March 28, 2008
Defendant's Reply due April 11, 2008

NYDOCS1/300194.1

March 7, 2008

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

March 6, 2008
Page 2

    Provided this meets with the Court's approval, we will proceed on this basis, and by copy of this letter to counsel for the Defendants, we thank them for their cooperation in accommodating this request.

                              Respectfully submitted,

                              FREEHILL HOGAN & MAHAR LLP

                              Peter J. Gutowski

PJG:clc

cc:    Peter Skoufalos, Esq.
       Lyons, Skoufalos, Proios & Flood, LLP
       1350 Broadway, Room 1507
       New York, New York 10018-7715