GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
¹ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3613

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

March 28, 2008

Our Ref: 320-07/PJG

Via Telefax – 212-805-7941 (2 pgs.)

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

Re:   OCEAN TRADE S.A. etc. v. CHARALAMBOS ZIOGAS
      a/k/a BABIS ZIOGAS a/k/a BABIS O. ZIOGAS, an individual;
      and MARITIME FINANCIAL SERVICE CORP. etc.
      07-Civ.-7762 (LAP)

Dear Judge Preska,

   We represent the Plaintiffs in the captioned action on which there is a motion pending to vacate the attachment and dismiss the Complaint. Our opposition papers are due today. The purpose in our writing is to raise two points with the Court.

   First, we seek leave to file a brief slightly larger than Your Honor's individual rules provide. Under the individual rules, we understand opposition briefs are to be limited to 20 pages. We seek leave to file a brief that is 30 pages long. There are a number of substantive issues in play including admiralty jurisdiction, the adequacy of the fraud pleadings, alter-ego issues, etc. The facts are somewhat involved. In view of the foregoing, and even with our best efforts to keep the brief as short as possible, we would be grateful for the Court's consideration of our request to file a brief of 30 pages.

NYDOCS1/301514.1

March 28, 2008
Page 2

Next, we write to ask the Court's indulgence in allowing us one additional day within which to serve our papers such that we would serve and file them on Monday. Again, for many of the same reasons outlined above, and the press of other matters which of late has been somewhat hectic, we would be grateful for an additional day.

For the Court's guidance, we contacted defense counsel yesterday on both points. We understand that Mr. Skoufalos is traveling and that those requests were relayed to him, but we have not heard back as to whether he has any objection.

We appreciate the Court's attention to the foregoing.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:mjg

cc: *Via Telefax*
Peter Skoufalos, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603
Fax No.: 212-983-5946

*The extensions of time and pages are granted, but counsel is reminded of the benefits of raising such questions in a more timely manner.*

March 28, 2008

SO ORDERED

Loretta A. Preska
UNITED STATES DISTRICT JUDGE

NYDOCS1/301514.1

FREEHILL, HOGAN & MAHAR LLP