# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

RECEIVED
APR 9 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

April 8, 2008

**BY HAND**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

The Honorable Loretta A. Preska
United States District Judge
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re:   Ocean Trade S.A., *et al.* v. Ziogas, *et al.*
      07 CIV 7762 (LAP)
      Our File No.: 1600.0001

Dear Judge Preska:

We represent all Defendants in this matter and write, with the consent of counsel for Plaintiffs, to respectfully request an adjustment of the briefing schedule so as to allow up to and including April 23, 2008 to file Defendants' reply to Plaintiffs' opposition to Defendants' motion to dismiss. Defendants' reply submissions are currently due on April 14, 2008. This is Defendants' first request for an extension.

Defendants request this extension in order to allow for translation of documents from foreign court proceedings. Additionally, Defendants' reply submissions are likely to include affidavits and/or declarations from several overseas witnesses.

For these reasons, Defendants respectfully request that the Court extend Defendants' time to submit their reply submissions up to and including April 23, 2008.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 11, 2008

BROWN GAVALAS & FROMM LLP

The Honorable Loretta A. Preska
April 8, 2008
Page 2

      We thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        BROWN GAVALAS & FROMM LLP

                                        Peter Skoufalos

cc:    Freehill, Hogan & Mahar LLP
        Attorneys for Plaintiffs
        80 Pine Street
        New York, New York 10005
        Attn:   Peter J. Gutowski, Esq.