# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

April 22, 2008

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

  Re: Ocean Trade S.A., *et al.* v. Ziogas, *et al.*
    07 CIV 7762 (LAP)
    Our File No.: 1600.0001

Dear Judge Preska:

  We represent the defendants in this matter. As the Court may recall, defendants have moved to vacate the maritime attachment and to dismiss the Complaint in this matter. Defendants' reply is currently due on April 23, 2008.

  However, in light of ongoing discussions between the parties that might obviate the need for the current motion, we respectfully request that any further submissions be put off until May 5, 2008. This request is made with plaintiffs' consent and concurrence.

  We thank the Court for its consideration of this matter.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 22, 2008

Respectfully submitted,

**BROWN GAVALAS & FROMM LLP**

Peter Skoufalos

Encl.

**BROWN GAVALAS & FROMM LLP**

The Honorable Loretta A. Preska
April 22, 2008
Page 2

cc:   VIA EMAIL
      Freehill, Hogan & Mahar LLP
      Attorneys for Plaintiffs
      80 Pine Street
      New York, New York 10005
      Attn:   Peter J. Gutowski, Esq.
              Gina Venezia, Esq.