320-07PJG/MAM/MCC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

OCEAN TRADE S.A., et al.,

            Plaintiffs

- against -

CHARALAMBOS ZIOGAS a/k/a BABIS ZIOGAS a/k/a BABIS O. ZIOGAS, an individual, et al.

            Defendants.

07 Civ. 7762 (LAP)

**STIPULATION OF DISMISSAL WITH PREJUDICE, VACATUR OF ATTACHMENT, AND RELEASE OF FUNDS UNDER ATTACHMENT.**

Plaintiffs Ocean Trade S.A., et al., and Defendants Charalambos Ziogas, et al., through their respective undersigned counsel, hereby stipulate as follows:

1. The motion filed by Defendants, seeking vacatur of the attachment is withdrawn;

2. The order of attachment issued in this case against any assets or property of Defendants is vacated;

3. Any funds currently under attachment pursuant to the order of the attachment in this case, including a transfer of $215,718.75 (plus any accrued interest) currently in the possession of Deutsche Bank, which referenced Defendant Daisy Shipping Ltd. and which was restrained on or about September 13, 2007, shall be released immediately and simultaneously transferred to the escrow account of Defendants' counsel, Peter Skoufalos of Brown Gavalas & Fromm, LLP, the details of which account are to be provided to the bank by Plaintiffs' counsel in a cover letter that is copied to Defendants' counsel.

4. This case shall be discontinued with prejudice and without costs to either party.

NYDOCS1/303880.1

Dated: New York, NY
May 1, 2008

*[signature]*

Peter J. Gulowski (PG2200)
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
Attorneys for Plaintiffs

*[signature]*

Peter Skoufalos (PS 0105)
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue, 4th Floor
New York, New York 10017-6603
Tel: (212) 983-8500
Attorneys for Defendants

SO ORDERED:

_____
U.S. DISTRICT JUDGE

*May 14, 2008*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]*
LORETTA A. PRESKA, U.S.D.J.